

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **INFORMATION NO.**  4:23cr-65 |
| | ) | |
| v. | ) | |
| | ) | |
| **ANTONIO TEREZ GRAHAM** | ) | **21 U.S.C. § 843(b)** |
| a/k/a "WEEZY" | ) | Use of Communication Facility |

**THE UNITED STATES ATTORNEY CHARGES THAT:**

**COUNT ONE**
*Use of Communication Facility*
21 U.S.C. § 843(b)

On or about June 10, 2020, in Chatham County, within the Southern District of Georgia, and elsewhere, the defendant,

**ANTONIO TEREZ GRAHAM**,

knowingly and intentionally used a communication facility, to wit: a telephone, in facilitating the commission of any act or acts constituting a felony under Title 21, United States Code, Section 846, that is, Conspiracy to Possess with Intent to Distribute, and to Distribute a Mixture or Substance Containing a Detectable Amount of Cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, §§ 843(b).

{Signatures on Following Page}

2

                                                  JILL E. STEINBERG
                                                  UNITED STATES ATTORNEY

_____                                      _____
Date                                              E. Greg Gilluly
                                                  Deputy Chief, Criminal Division

07/21/2023                                  _____
Date                                              Darron J. Hubbard
                                                  IL Bar No. 6313078
                                                  Assistant United States Attorney